IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JASON VINCENT BARKER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. CV421-188 ) |
| SHERIFF JOHN WILCHER, Official capacity; DEPUTY CARROL, Official capacity; SARGENT KENDALL, Official capacity; BOILS, Official capacity; DEPUTY WASHINGTON, Official capacity; DEPUTY MERCER, Official capacity; CAPTAIN W. BLANTON, Official capacity; DEPUTY CLEMONS, Intel Officer/ PREA, official capacity; S. PERRY, Classification; and LT. H. MURPHY, Official capacity; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

**O R D E R**

Before the Court is the Magistrate Judge's August 26, 2021, Report and Recommendation (Doc. 5), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 5) is **ADOPTED** as the Court's opinion in

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

this case. Plaintiff's Complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA